UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARISA CLOUTIER BRISTOL,<br><br>    Plaintiff,<br><br>v.<br><br>WOMEN & INFANTS HOSPITAL OF RHODE ISLAND,<br><br>    Defendant. | C.A. No. 1:19-cv-10179-PBS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned matter hereby stipulate that this action be dismissed with prejudice, without costs, and all rights of appeal being waived.

| | |
|---|---|
| The Plaintiff,<br>Marissa Cloutier Bristol,<br>By her Attorneys, | The Defendants,<br>Women & Infants Hospital of Rhode Island,<br>By its attorneys, |
| /s/ Jeffrey N. Catalano<br>Jeffrey N. Catalano, Esq.<br>Maria T. Davis, Esq.<br>Todd & Weld, LLP<br>One Federal Street, 27th Floor<br>Boston, MA  02110<br>(617) 720-2626 \| (617) 227-5777 – Fax | /s/ Angela L. Carr<br>Angela L. Carr \| B.B.O. No. 665795<br>acarr@bglaw.com<br>Jenna R. Trott \| B.B.O. No. 684696<br>jtrott@bglaw.com<br>BARTON GILMAN LLP<br>75 Federal Street, 9th Floor<br>Boston, MA 02110<br>617.654.8200 \| 617.482.5350 – Fax |

## CERTIFICATE OF SERVICE

      I, Jenna R. Trott, hereby certify that on March 23, 2020, I served a copy of the foregoing by regular mail and electronic mail to:

Jeffrey N. Catalano, Esq.
Maria T. Davis, Esq.
Todd & Weld, LLP
One Federal Street, 27th Floor
Boston, MA  02110

                                                   /s/ Jenna R. Trott
                                                 Jenna R. Trott